**MASS ENGINEERED DESIGN, INC. and Jerry Moscovitch, Plaintiffs,**

v.

**ERGOTRON, INC., Dell, Inc., Tech Data Corporation, Dell Marketing, L.P., A.B. Distributing, Inc., D & H Distributing, Eizo Nanao Technologies, Inc., Ingram Micro, Inc., International Audio Visual, Inc., Synnex Corporation, CSAV, Inc., Sea Land, Inc., Peerless Industries, Inc., and Doublesight Displays LLC, Defendants,**

and

**CDW Corporation, Defendant–Appellee,**

and

**Global Marketing Partners, Inc., Defendant–Appellant.**

No. 2008–1582.

United States Court of Appeals, Federal Circuit.

Oct. 27, 2008.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to dismiss this appeal,

IT IS ORDERED THAT:

The motion is granted.